UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER TO ADVANCE SECURITY IN AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>*Defendant*. | Civ. Action No. 24-3096 (JEB) |

## JOINT STATUS REPORT

Defendant, the United States Department of Health and Human Services ("HHS"), and Plaintiff Center to Advance Security in America, by and through their respective counsel, respectfully submit this joint status report apprising the Court as to the status of this Freedom of Information Act ("FOIA") matter in which Plaintiff seeks records showing a list of nongovernment organizations that received federal funding from the Department's Office of Refugee Resettlement from FY 2023 to FY 2024 along with final application materials, total funding provided for each fiscal year requested, and the deciding federal official. *See* Compl. (ECF No. 1) ¶ 6.

As previously reported by the parties in their latest status report (*see* ECF No. 19), the parties previously agreed HHS could narrow to specific portions of the records. On March 4, 2026, HHS provided Plaintiff with another sample of the specific narrowed portions to confirm those are the sections Plaintiff wants. Plaintiff has not yet responded to that sample. Additionally, HHS made a second-interim release today, on March 31, 2026.

Pursuant to the Court's Order dated March 21, 2025, the parties will further update the Court as to the status of this matter in sixty days or by approximately May 21, 2026.

Dated: March 31, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ Karin Sweigart, Esq.
Karin Sweigart, Esq.
DHILLON LAW GROUP, INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Phone: (415) 433-1700
KSweigart@dhillonlaw.com

By: /s/ Tara Derbisz
    TARA DERBISZ
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Phone: (202) 809-0784
    tara.derbisz@usdoj.gov

*Counsel for Plaintiff*

*Counsel for the United States of America*